Action by Alexander Frank against the City of Schenectady. No opinion. Judgment and order unanimously affirmed, with costs.

---

FRANZESE, Respondent, v. SIMONETTI, Appellant. (Supreme Court, Appellate Division, Second Department. May 9, 1912.) Action by Antonio Franzese against Aniello Simonetti.

PER CURIAM. Judgment and order of the County Court of Kings County affirmed, with costs.

RICH, J., taking no part

---

In re FREEDMAN. (Supreme Court, Appellate Division, First Department. June 22, 1912.) In the matter of Jacob Stone Freedman, an attorney. No opinion. Application granted. Settle order on notice. See, also, 146 App. Div. 941, 131 N. Y. Supp. 1115.

---

FRIEDMAN, Respondent, v. SOCIAL HALLS ASS'N, Appellant. (Supreme Court, Appellate Division, First Department. May 24, 1912.) Action by Emma Friedman against the Social Halls Association. E. I. Taylor, for appellant. Siegel, Block & Siegel, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

GARRISON v. SUN PRINTING & PUBLISHING ASS'N. (Supreme Court, Appellate Division, First Department. June 22, 1912.) Action by George E. Garrison against the Sun Printing & Publishing Association. No opinion. Motion granted; question certified as stated in order. Order filed. See, also, 135 N. Y. Supp. 721.

---

GAYNOR, Respondent, v. NEW YORK BREWERIES CO., Appellant. (Supreme Court, Appellate Division, First Department. May 31, 1912.) Action by Mary Gaynor, as administratrix, against the New York Breweries Company. I. Untermeyer, for appellant. A. F. McCabe, for respondent. No opinion. Judgment and order affirmed with costs. Order filed. See, also, infra.

---

GAYNOR v. NEW YORK BREWERIES CO., Limited. (Supreme Court, Appellate Division, First Department. June 22, 1912.) Action by Mary Gaynor, administratrix, etc., against the New York Breweries Company, Limited. No opinion. Motion denied, with $10 costs. Order filed. See, also, supra.

---

GEER, Respondent, v. STORR, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 15, 1912.) Action by Charles H. Geer against Robert E. Storr. No opinion. Judgment affirmed, with costs.

---

GEGENHEIMER, Appellant, v. CITY OF NEW YORK et al., Respondents. (Supreme Court, Appellate Division, Second Department. May 29, 1912.) Action by William Gegenheimer against the City of New York and another. No opinion. Judgment unanimously affirmed, with costs.

---

GELDER v. INTERNATIONAL ORE CO. (Supreme Court, Appellate Division, First Department. April 26, 1912.) Action by Barney Gelder against the International Ore Company. No opinion. Motion for resettlement granted. Settle order on notice. See, also, 134 N. Y. Supp. 782; 135 N. Y. Supp. 406; infra.

---

GELDER v. INTERNATIONAL ORE CO. (Supreme Court, Appellate Division, First Department. April 26, 1912.) Action by Barney Gelder against the International Ore Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 134 N. Y. Supp. 782; 135 N. Y. Supp. 406; supra and infra.

---

GELDER v. INTERNATIONAL ORE CO. (Supreme Court, Appellate Division, First Department. May 24, 1912.) Action by Barney Gelder against the International Ore Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 134 N. Y. Supp. 782; 135 N. Y. Supp. 406; supra.

---

GENERAL ACCIDENT, FIRE & LIFE ASSUR. CORPORATION, Appellant, v. FRANKLIN et al., Respondents. (Supreme Court, Appellate Division, First Department. June 22, 1912.) Action by the General Accident, Fire & Life Assurance Corporation against Charles H. Franklin, individually, etc., and others. A. R. Latson, for appellant. H. W. Taft, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

GENS, Appellant, v. BALDWIN, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 15, 1912.) Action by Catherine Gens against Charles A. Baldwin. No opinion. Judgment affirmed, with costs.

---

GEORGE J. MEYER MALTING CO., Respondent, v. DOELGER et al., Appellants. (Supreme Court, Appellate Division, First Department. May 31, 1912.) Action by the George J. Meyer Malting Company against Joseph Doelger and others. A. B. Jaworower, for appellants. R. F. Rabe, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

---

GERMANIA LIFE INS. CO., Respondent, v. FISKE & CO., Inc., Appellant. (Supreme Court, Appellate Division, First Department. May 17, 1912.) Action by the Germania Life Insurance Company against Fiske & Co., Incorporated. R. H. Schenck, for appellant. A. Roelker, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 135 N. Y. Supp. 1114.